IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

---

Janette Zahia Corcelius,
et al.,

Plaintiffs

v. Case No. 26 cv 02787

Markwayne Mullin, et al.,

Defendants.

---

**DECLARATION OF KATHLEEN KOETZ**

---

I, Kathleen Koetz, declare and affirm as follows:

1. I am employed by U.S. Customs and Border Protection (CBP). CBP is charged with safeguarding the United States by enforcing customs, immigration, and agriculture laws, as well as enforcing the mandates of other federal agencies. CBP's mission is to provide a comprehensive approach to border management that ensures national security while facilitating lawful international travel and trade.

2. CBP executes a complex mission across more than 300 land, air, and seaports of entry (POEs), where we are responsible for screening all arriving travelers—including U.S. citizens and aliens—as well as imported cargo. This mission is supported by the border search exception to the Fourth Amendment, which permits routine, warrantless searches without individualized suspicion at international borders and their functional equivalents.

Consequently, CBP officers are authorized to determine the admissibility of individuals seeking entry and to conduct searches of people and their effects as part of this process.

3. My career with CBP and its predecessor agencies spans over three decades, beginning in 1992 when I was sworn in as an Immigration Inspector in International Falls, Minnesota. Since then, I have served in various positions of increasing responsibility, to include serving as the Acting Area Port Director. I currently serve as an Assistant Area Port Director (AAPD) for the Area Port of Minneapolis, part of the Chicago Field Office within the Office of Field Operations (OFO). OFO is one of CBP's three primary uniformed components, alongside the U.S. Border Patrol and Air and Marine Operations. Having served as an AAPD since May 2005 and in management roles since December 2002, I provide leadership and oversight across a broad area of responsibility, including CBP operations in Iowa, Nebraska and South Dakota. My responsibilities encompass strategic long-term planning, operational guidance, and ensuring Agency compliance with all laws and regulations. As a federal employee and certified administrative factfinder, I am deeply committed to CBP's core values—Integrity, Vigilance, and Service—and to ensuring that my staff/CBP employees uphold these standards. Throughout my career, I have engaged with a diverse spectrum of stakeholders, including federal, state, and local law enforcement, private sector partners, educational institutions, and the public I serve.

4. I am familiar with the circumstances surrounding Ms. Corcelius' arrival at Minneapolis-St. Paul International Airport on April 30, 2026.

5. On April 30, 2026, at approximately 1158 hours CDT, Ms. Corcelius arrived at Minneapolis/St. Paul International Airport (MSP), Terminal 1, via Delta Air Lines from Amsterdam, Netherlands. Following standard arrival procedures, all passengers and crew

disembarked and proceeded to the federal inspection area for CBP processing. Primary inspection is designed for the expeditious processing of all live persons arriving on an international flight; consequently, officers must make rapid assessments and are generally prohibited from conducting extensive interviews or baggage searches. Secondary inspection provides the necessary environment for a more comprehensive examination. MSP processes over two million inbound/outbound international travelers each year; referrals are a routine component of CBP operations, with tens of thousands of travelers processed through secondary inspection at MSP annually. Common reasons travelers may be referred to secondary inspection include, but are not limited to:

- **Document Verification:** Confirming the authenticity of travel documents, traveler identity, biometric issues, or the status of an alien.
- **Customs & Agriculture:** Checking for prohibited items, plants, animals, or undeclared goods, duty collection.
- **Database Alerts:** Resolving potential and exact matches in law enforcement systems. Database alerts include information provided to government agencies by the public, such as poison pen letters or other unvetted allegations of criminal activity.
- **Travel Purpose:** Clarifying the intent or duration of a visit/travel abroad.
- **Random Selection:** Routine compliance checks to ensure all travelers are processed according to federal law. This category includes perceived conflicts in information identified by the primary officer. For instance, traveler unwillingness to respond or evasive responses to basic questions about travel purpose.

In the secondary inspection setting, CBP officers may conduct in-depth interviews, perform detailed searches of baggage and electronic devices, review system records, assess duties, address immigration matters, consult with subject matter experts or interpreters, and contact family members. These actions, along with the full spectrum of enforcement and public services, are performed to ensure a thorough and accurate inspection. Ms. Corcelius was referred from primary to secondary inspection.

6. I first encountered Ms. Corcelius in the secondary inspection area after subordinate staff asked that I come to secondary inspection to assist after Ms. Corcelius expressed concerns regarding her inspection. After identifying myself and my position, I spoke with Ms. Corcelius, along with her attorney, Jordan Kushner, by Ms. Corcelius' mobile phone.

7. Throughout the inspection, Ms. Corcelius remained in communication with CBP officers, including myself, and her attorney by phone until she departed the federal inspection area. During the inspection, CBP did not seize or detain any items from Ms. Corcelius' baggage and did not conduct any search—basic or advanced—of her mobile phone.

8. Following the conclusion of the CBP baggage inspection on April 30, 2026, U.S. Immigration and Customs Enforcement, Homeland Security Investigations (HSI) arrived and detained items from Ms. Corcelius' baggage, as well as her mobile phone.

9. Since April 30, 2026, Ms. Corelius has departed and arrived internationally at the Minneapolis-St. Paul International Airport. As is required of all arriving passengers, she has gone through primary inspection, but her baggage was not searched, nor was she sent to secondary inspection.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 14th day of August, 2026.

Kathleen Koetz
Assistant Area Port Director
Area Port of Minneapolis
Chicago Field Office