UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Janette Zahia Corcelius,<br><br>Plaintiff,<br><br>v.<br><br>Markwayne Mullin, *et al.*,<br><br>Defendants. | Case No. 0:26-cv-02787-NEB-DLM |

**DECLARATION OF COURTNEY DEMING**

I, Courtney Deming, hereby declare as follows:

**Qualifications**

1) I am employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) as a Special Agent (SA) operating out of the HSI St. Paul Field Office. I have held this position since October 23, 2023.

2) I have been employed by ICE since October 2015. Prior to my position as a Special Agent, I served as a Supervisory Intelligence Analyst along the Southern Border of Texas from February 2021 to February 2023. In this position I supervised the actions of 19 Intelligence Analysts across 4 geographically separated HSI Field Offices. Upon entering HSI, I served as an Intelligence Analyst for the HSI Baltimore Field Office from October 2015 to February 2021.

3) During my tenure as a SA, I have participated in various narcotics investigations, investigations relating to Human Trafficking, Bulk Cash Smuggling, Financial Crimes, and Visa Fraud investigations. As part of my law enforcement experience, I have conducted physical surveillance, participated in the execution of search warrants, and

participated in the seizure of evidence. Many of the Financial Crimes search warrants resulted in the seizure of computers, cell phones, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various child exploitation offenses found in Chapter 77 of Title 18 of the United States Code. I have also participated in the execution of numerous search warrants for online accounts, such as email accounts, online storage accounts, and other online communication accounts related to Human Trafficking and Financial Crimes.

**Agency Background**

4) ICE is the largest investigative branch of DHS and is charged with enforcement of more than 400 federal statutes. The agency was created after the September 11, 2001 terrorist attacks by combining components of the former Immigration and Naturalization Service and the former U.S. Customs Service, among other agencies, to more effectively enforce federal immigration and customs laws and to protect the United States against terrorist attacks. The mission of ICE is to protect the United States from cross-border criminal activity and illegal immigration that threatens national security and public safety. To carry out that mission, ICE focuses on enforcing immigration laws, preventing terrorism, and combating transnational criminal threats. ICE consists of three core operational directorates: (1) Enforcement and Removal Operations, which includes 25 field offices led by Field Office Directors; (2) Homeland Security Investigations (HSI), which includes 30 field offices led by Special Agents-in-Charge; and (3) the Office of the Principal Legal Advisor (OPLA), which includes 9 regional locations led by Regional Counsel.

5) HSI employs ICE's Special Agents, who are both immigration officers under 8 U.S.C. § 1357 and customs officers under 19 U.S.C. § 1589a. ICE Special Agents are charged with investigating criminal and civil violations of the federal customs and immigration laws.

6) HSI Special Agents have a wide array of responsibilities related to the enforcement of the country's immigration and customs laws and the investigation of criminal activity, which include the investigation of contraband and merchandise smuggling, fraud in both import and export transactions, criminal finance and money laundering, alien smuggling and human trafficking, cybercrimes, and infringements upon intellectual property rights.

**Border Search**

7) I am familiar with the circumstances surrounding Ms. Corcelius' arrival at Minneapolis-St. Paul International Airport on April 30, 2026.

8) On April 30, 2026, Ms. Corcelius arrived in the United States after taking a flight from Netherlands to Minneapolis Saint Paul International Airport. She was referred to Customs/Baggage Secondary inspection.

9) During the border search of her baggage and merchandise CBP officers uncovered multiple pieces of what appeared to be paraphernalia in support of the group Anti-Fascist (ANTIFA) and the Popular Front for the Liberation of Palestine (PFLP)The PFLP was designated by the U.S. Department of State as a Foreign Terrorist Organization (FTO) on September 30, 2023, under the Biden Administration.

10) Given the connections to politically motivated violence domestically and the FTO, all the materials, including Ms. Corcelius's cellular phone, were detained by HSI Special Agent Jared Drengson. Ms. Corcelius was provided with a CBP Form 6051D, Custody Receipt for Detained or Seized Property and Evidence reflecting the material detained.

## Written Materials

11) In total 161 items of suspected contraband written materials were detained from Ms. Corcelius.

12) I reviewed all the suspected contraband written materials.

13) On June 11, 2026, I determined that 130 items out of the 161 detained items were not contraband. The remaining 31items contained writing in a foreign language and required further review.

14) On June 11, 2026, the 130 items were taken to the Bishop Henry Whipple Federal Building so they could be picked up Ms. Corcelius or her attorney.

15) On June 26, 2026, the remaining 31 items were taken to the Bishop Henry Whipple Federal Building so they could be picked up Ms. Corcelius or her attorney.

## Cellular Phone

16) On 1 May, 2026, the cellular phone detained from Ms. Corcelius was placed on "preservation," which means the device was placed on dedicated power and inserted into a Faraday bag. A Faraday bag blocks incoming and outgoing electromagnetic and radio frequency signals which prevents remote access that could cause destruction of evidence.

17) A manual search of the detained phone was not conducted.

18) An extraction was not attempted on the detained phone.

19) On June 10, 2026, the detained phone was taken to the Bishop Henry Whipple Federal Building so they could be picked up Ms. Corcelius or her attorney.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief, and in accordance with the preliminary information I have received. Executed this 14th day of August, 2026, at St. Paul, Minnesota.

COURTNEY L DEMING

Digitally signed by COURTNEY L DEMING
Date: 2026.08.14 14:36:30 -05'00'

Courtney Deming