**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**MINNEAPOLIS DIVISION**

| | |
|---|---|
| JANETTE ZAHIA CORCELIUS;<br>*Plaintiff,* | ) |
| | ) Civil Case No. 0:26-cv-02787 |
| v. | ) |
| MARKWAYNE MULLIN, et al.,<br>*Defendants.* | ) |

**Joint Stipulation of Dismissal Without Prejudice**

Plaintiff Jannette Corcelius, and Defendants Markwayne Mullin, Rodney Scott, Todd Lyons, Derek Gordon, Jason Schmelz, and Kathleen Koetz, by and through their undersigned counsel, hereby jointly stipulate to the dismissal of this action in its entirety, without prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear his, her, or its own costs.

Date: August 28, 2026

Respectfully submitted,

/s/Lena Masri

**CAIR LEGAL DEFENSE FUND**
Lena F. Masri
453 New Jersey Ave SE
Washington, DC 20003
Tel.: 202-742-6420
Email: ldf@cair.com

**CAIR-MINNESOTA**
Alec Shaw
2708 E. Lake St., Ste. 202

Minneapolis, MN 55406
Tel.: 612-206-3360
Email: ashaw@cair.com

*Counsel for Plaintiff*

/s/ *Perry Sekus*

DANIEL N. ROSEN
United States Attorney

BY: PERRY F. SEKUS
Assistant United States Attorney
Attorney ID Number 0309412
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
perry.sekus@usdoj.gov

*Counsel for Defendants*

## Certificate of Service

I certify that on this date the foregoing document was filed through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record, including the following:

Perry F. Sekus
Assistant United States Attorney
Attorney ID Number 0309412
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
perry.sekus@usdoj.gov

David R. Hackworthy
Special Assistant U. S. Attorney
Attorney ID Number 0400704
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
david.r.hackworthy@ice.dhs.gov

Dated: August 28, 2026 /s/ Lena Masri