**26UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JANETTE ZAHIA CORCELIUS,

Plaintiff,

v.

MARKWAYNE MULLIN, RODNEY SCOTT, TODD LYONS, DEREK GORDON, JASON SCHMELZ, and KATHLEEN KOETZ,

Defendants.

Case No. 26-CV-2787 (NEB/DLM)

ORDER FOR DISMISSAL

---

Pursuant to the parties' Stipulation of Dismissal Without Prejudice filed on August 28, 2026 (ECF No. 21), IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE and each party shall bear the costs. The hearing on the motion to dismiss (ECF No. 21) scheduled for January 6, 2027 is hereby cancelled and stricken from the Court Calendar.

Dated: August 31, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge